**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS WOOD** | ) | **CASE NO. 5:06CV2591** |
| | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| V. | ) | |
| | ) | |
| **SUMMIT COUNTY FISCAL** | ) | |
| **OFFICE,** *et al*. | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Defendant Summit County Fiscal Office and Defendant John Donofrio's ("Defendants") Motion for Summary Judgment, pursuant to FED. R. CIV. P. 56. (Dkt. # 49).

For the reasons set forth in the attached Memorandum Opinion and Order which is incorporated herein by reference, Defendants' Motion for Summary Judgment is hereby **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of the Defendants.

**IT IS SO ORDERED.**

/s/Peter C. Economus - September 29, 2008
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**